**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 3:25-cr-50-DPM**

**BRADDRICK LUSTER** **DEFENDANT**

**ORDER**

There is a typographical error in the Indictment. The defendant's first name is misspelled as "Braddick." But the correct spelling is Braddrick. This non-substantive error is fixable. *United States v. Neff*, 525 F.2d 361, 363 (8th Cir. 1975). And the Court grants the Government's unopposed motion to fix it, *Doc. 17*. The Court amends the Indictment to reflect the defendant's true name: "Braddrick Luster."

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

24 September 2026